# United States District Court
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                              Case No. 09-CR-82

COMFORT T. JOHNSON,

    Defendant.

## COURT MINUTES
### HONORABLE CHARLES N. CLEVERT, JR., PRESIDING

| | |
|---|---|
| Date: | June 30, 2009 |
| Proceeding: | Final Pretrial Conference |
| FTR Start Time: | 4:03:27 a.m.      FTR End Time:    4:27:35 p.m. |
| Court Reporter: | None      Deputy Clerk:    Kris Wilson |
| Appearances: | Plaintiff:    Assistant U.S. Attorney Gail J. Hoffman<br>Defendant:    Comfort T. Johnson with Attorney E. J. Hunt |
| Disposition: | The court adopts the Report and Recommendation [15] of Magistrate Judge Goodstein and denies Defendant's Motion [10] to Suppress.<br><br>A change of plea hearing is set for July 8, 2009, at 8:30 a.m. |
| Notes: | The court finds that the defendant waived any claim that there was not probable cause for issuance of the search warrant. Attorney Hunt states that probable cause was raised implicitly.<br><br>The court finds that the Magistrate Judge's ruling was correct and consistent with the Federal Rules of Criminal Procedure and Wisconsin law. Even under state law the search warrant was not stale. The search warrant at issue was executed timely. Further, the court finds that there was probable cause for issuance of a search warrant.<br><br>Attorney Hunt apprises the court that the defendant may be interested in obtaining new counsel.<br><br>Bail will need to be addressed by Magistrate Judge Goodstein. |